UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

WESTERN SURETY COMPANY                                                          PLAINTIFF

v.                                                                   CIVIL ACTION NO. 3:11CV-626-S

PATRICK T. MERRICK d/b/a MERRICK MECHANICAL
a/k/a MECHANICAL SERVICES, INC., et al.                                        DEFENDANTS

### MEMORANDUM OPINION AND ORDER

This matter is before the court for consideration of two motions. The plaintiff, Western Surety Company ("WSC"), filed a motion for entry of default and default judgment (DN 9) in this action seeking indemnification for sums paid pursuant to a payment bond. The defendants[1] had failed to plead or otherwise defend against the action at the time of the filing of the motion. The defendants filed a response objecting to the motion, and tendered an answer to the complaint. After WSC filed its reply, the defendants filed a "Notice of Filing Affidavits" (DN 12) with three affidavits attached. WSC then moved to strike the affidavits as untimely, or alternatively, to be permitted to address them through a supplemental reply tendered with the motion (DN 13). The defendants filed a response to the motion to strike in which they urge the court to dismiss the complaint and to schedule a hearing "with regards to all of these matters." DN 14, p. 2.

---

[1] The named defendants are Patrick T. Merrick d/b/a Merrick Mechanical a/k/a Mechanical Services, Inc., Patrick T. Merrick, Michelle L. Merrick, and Merrick Company, LLC. The defendants contend that "[t]here [are] no compan[ies] named Merrick Mechanical or Mechanical Services, Inc." DN 14, p. 2. This denial is of no import, as the two entities are not named defendants. Rather, Patrick T. Merrick is named both as an individual, and *as doing business as* Merrick Mechanical. He has answered the complaint, as have Michelle Merrick and Merrick Company, LLC. They will be referred to herein collectively as "defendants," where appropriate.

- 2 -

First, despite filing late, the defendants have now appeared and seek to answer the complaint. They have filed affidavits and have argued for dismissal of the action on the pleadings, although, again, the pleadings were filed late and were unaccompanied by a motion for leave to file them out of time. This practice fails to properly comply with the Federal Rules of Civil Procedure and the local rules of this court. However, as this court would rather address issues on the merits, rather than on procedural defaults, the court will permit the tendered answer to be filed, deny the motion for default and default judgment, deny the motion to strike the late-filed affidavits, and grant WSC leave to file its supplemental reply brief. We will also deny the defendants' request for a hearing as a hearing unnecessary.

The defendants have not filed a motion to dismiss in this case. Rather, they assert grounds for dismissal in their response to the motion to strike. Similarly, WSC has not filed a motion for judgment on the pleadings. It moved for a procedural default, but has additionally argued in various briefs that the pleadings establish its entitlement to judgment. The court will dispose of the motions actually made, but cannot rule on the entitlement of any party to judgment on the pleadings based upon arguments woven into various briefs.

For the reasons set forth herein and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The tendered Answer of the defendants (DN 10-1) is ordered **FILED OF RECORD.**

2. The motion of the plaintiff, Western Surety Company, for entry of default and default judgment ((DN 9) is **DENIED.**

2. The motion of the plaintiff, Western Surety Company, to strike the affidavits of the defendants or, alternatively for leave to file a supplemental reply addressing the affidavits (DN 13)

is **DENIED** to the extent it seeks to strike the affidavits; it is **GRANTED** to the extent that it seeks to file a supplemental reply, and the reply brief tendered with the motion is ordered **FILED OF RECORD.**

**IT IS OS ORDERED.**

August 3, 2012

Charles R. Simpson III, Judge
United States District Court